IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITATION HOME BUILDERS, LLC, and LARRY L. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and PEERLESS INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | 8:21CV404<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Parties' Joint Stipulation for Dismissal (Filing No. 53). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, Liberty Mutual Insurance Company, be dismissed from this action with prejudice. Defendant, Peerless Indemnity Insurance Company, remains a party in this suit.

Dated this 11th day of May, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge