IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITATION HOME BUILDERS, LLC, and LARRY L. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>PEERLESS INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | 8:21CV404<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 77). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with costs taxed to the parties incurring the same.

Dated this 10th day of January, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge